(83 Misc. Rep. 134.)

## LEVINE et al. v. PROSER et al.

(Supreme Court, Appellate Term, First Department.  December 15, 1913.)

APPEAL AND ERROR (§ 91*)—DECISIONS REVIEWABLE—ORDER DECLARING AP-
PEAL ABANDONED.

> Where it was impossible for appellants to argue the appeal at the No-
> vember term, in compliance with the order of the court, because the case
> was not settled by the justice until six days after the time within which
> it was possible to notice the case for argument at that term, and appel-
> lants were guilty of no neglect therein, an order declaring the appeal
> abandoned for failure to make and serve a case on appeal was a declara-
> tion of the fact that the right of appeal had been lost, though appellants
> had been guilty of no neglect, so as to impair a substantial right, and
> hence was reviewable.
>
> [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 612–
> 614;  Dec. Dig. § 91.*]

Appeal from City Court of New York, Special Term.

Action by Harris Levine and another against Herman Proser and
others.  From an order denying a motion to vacate an order, previ-
ously made, declaring defendants' appeal from a judgment in the
above-entitled action abandoned, and also from such order declaring
defendants' appeal abandoned, defendants appeal.  Motion to dismiss
denied, orders reversed, and motion to open defendants' default
granted.

Argued December term, 1913, before SEABURY, GUY, and BI-
JUR, JJ.

Spiro & Wasservogel, of New York City (Abraham I. Spiro, of New
York City, of counsel), for appellants.

Harold M. Phillips, of New York City, for respondents.

SEABURY, J.  This is an appeal from two orders of the City Court.
One of the orders appealed from declares the appeal from the judg-
ment herein abandoned for the failure of the appellants to make and
serve a case on appeal in compliance with an order requiring the ap-
peal to be argued at the November term of this court.  The other or-
der appealed from denied the motion of the appellants to vacate the
order declaring the appeal abandoned.

The respondents move to dismiss the appeals, upon the ground that
these orders are not appealable to this court.  In support of this lat-
ter contention the case of Fromme v. Poerschke (Sup.) 95 N. Y. Supp.
525, is relied upon.  That case is not authority for the proposition
urged.  It was there held that when an order declaring an appeal
abandoned did not affect any substantial right, and the undisputed facts
showed that the appellant had been guilty of neglect, the order was
not appealable, because it was simply declaratory of a state of facts
which concededly showed that the right of appeal had been forfeited.
In the present case a very different situation is presented.  The appel-
lants were not guilty of neglect.  It was impossible for the appellants
to argue the appeal at the November term, because the case was not
settled by the justice until six days after the time had expired within

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

which it was possible to notice the case for argument at the November term. The right of appeal from the judgment could not be forfeited under these circumstances, and an order declaring the appeal abandoned was not merely declaratory of the fact that the right of appeal had been lost, but declared that the right of appeal was lost, although the appellants had been guilty of no act of neglect in preparing their appeal. Such an order impairs a substantial right, and, when the party seeking relief had not been guilty of neglect in the prosecution of their appeal, is reviewable in this court.

It follows that the motion to dismiss the appeal is denied, with $10 costs, and the orders appealed from are reversed, with $10 costs and. disbursements, and the motion to open appellants' default is granted, and the appeal is directed to be brought on for argument at the January, 1914, term of this court. All concur.